UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JESUS CHAVEZ-BORJA PETITIONER

V. CIVIL ACTION NO. 3:25-CV-576-DPJ-ASH

WARDEN UNKNOWN CHILDRESS RESPONDENT

ORDER

Pro Se Petitioner Jesus Chavez-Borja, an inmate at the Federal Correctional Complex in Yazoo City, Mississippi, filed this habeas petition under 28 U.S.C. § 2241. *See* Pet. [1]. He challenges the Bureau of Prisons' (BOP) denial of credits he claims to have earned under the First Step Act (FSA). *Id.* at 1.

On August 5, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [12]. Judge Harris recommends that the Court deny the petition. R&R [12] at 3. As Judge Harris explained, Chavez-Borja is not eligible to earn credits under the FSA because he is subject to a final order of removal. *See id.* at 2; 18 U.S.C. § 3632(d)(4)(E) (exempting inmates subject to final removal order under immigration law); Landers Decl. [11-1] ¶ 14 (explaining Chavez-Borja "has a final order of removal issued by Immigration and Customs Enforcement"). No objection has been filed, and the time to do so has passed. *See* R&R [12] at 3 (advising Chavez-Borja that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having

reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [12] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Chavez-Borja's petition is denied. A separate judgment will be issued as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 28th day of August, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE